1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendant
7  Midland Credit Management, Inc.

8
                UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN JOSE DIVISION
11

12  VINCE A. ROSA,                    )   CASE NO.: C 08 03687 JF HRL
                                      )
13                                    )
            Plaintiff,                )   **CERTIFICATE OF SERVICE OF**
14                                    )   **NOTICE TO ADVERSE PARTY OF**
        vs.                           )   **NOTICE OF REMOVAL**
15                                    )
16  MIDLAND CREDIT                    )
    MANAGEMENT,                       )
17                                    )
                                      )
18          Defendant.                )
                                      )
19  ————————————————————             )

20

21

22

23

24

25

26

27

28

1    I, Stephanie Schmitt, declare as follows:

2    I am over the age of 18 years and not a party to this action.

3    I am employed by the firm of Simmonds & Narita LLP, counsel of record

4    for defendant Midland Credit Management.  My business address is 44

5    Montgomery Street, Suite 3010, San Francisco, California 94104, which is located

6    in the city and county where the mailing described below took place.

7    On August 4, 2008, I deposited in the United States Mail at San Francisco,

8    California, a copy of the Notice to Adverse Party of Removal By Midland Credit

9    Management to Federal Court dated August 1, 2008, a copy of which is attached

10   to this Certificate, to be delivered to the address below:

11   Vince A. Rosa
     723 San Vicente Dr.
12   Morgan Hill, CA 95037
     Plaintiff in Pro Per
13

     I declare under penalty of perjury that the foregoing is true and correct.
14
     Executed in San Francisco on this 4th day of August, 2008.
15

16

17
                                    By:_____
18
                                            Stephanie Schmitt
19

20

21

22

23

24

25

26

27

28

1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendant
7  Midland Credit Management, Inc.

FILED

AUG 0 4 2008

CONNIE MAZZEI
CLERK OF THE SUPERIOR COURT
_____DEPUTY

DANA LITTLEFIELD

8              SUPERIOR COURT OF CALIFORNIA

9                   COUNTY OF MONTEREY

10

11  VINCE A. ROSA,                    )  CASE NO.: MSC 129915
                                      )
12          Plaintiff,                )  **NOTICE TO ADVERSE PARTY OF**
                                      )  **REMOVAL BY MIDLAND CREDIT**
13      vs.                           )  **MANAGEMENT**
                                      )
14  MIDLAND CREDIT                    )
    MANAGEMENT,                       )
15                                    )
                                      )        BY FAX
16          Defendant.               )
                                      )
17  _____)

18

19

20

21

22

23

24

25

26

27

28
_____
ROSA V. MIDLAND CREDIT MANAGEMENT (CASE NO. MSC 129915)
NOTICE TO ADVERSE PARTY OF REMOVAL BY MIDLAND CREDIT MANAGEMENT

1    TO PLAINTIFF IN PRO PER VINCE A. ROSA:

2    PLEASE TAKE NOTICE that a Notice of Removal of this action was filed

3  in the United States District Court for the Central District of California by

4  Midland Credit Management on August 1, 2008, under Federal Court case number

5  C08-03687 JF HRL).  A copy of the Notice of Removal By Midland Credit

6  Management is attached to this Notice, and is served and filed herewith.

7

8  DATED:  August 4, 2008          SIMMONDS & NARITA LLP
                                    TOMIO B. NARITA
9                                   JEFFREY A. TOPOR

10

11

12                              By:  _____

13                                   Jeffrey A. Topor
                                     Attorneys for defendant
14                                   Midland Credit Management, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to this action.  My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

**1)    NOTICE TO ADVERSE PARTY OF REMOVAL**

by causing such document to be placed in a sealed envelope for collection and delivery as indicated below:

VIA U.S. MAIL

Vince A. Rosa
723 San Vincente Drive
Morgan Hill, CA 95037
Plaintiff in pro per

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at San Francisco, California on this 4th day of August, 2008.

_____
Stephanie Schmitt

ROSA V. MIDLAND CREDIT MANAGEMENT (CASE NO. MSC 129915)
PROOF OF SERVICE

2.

ORIGINAL
FILED

08 AUG -1 PM 2: 44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

1   TOMIO B. NARITA (SBN 156576)
    JEFFREY A. TOPOR (SBN 195545)
2   SIMMONDS & NARITA LLP
    44 Montgomery Street, Suite 3010
3   San Francisco, CA 94104-4816
    Telephone: (415) 283-1000
4   Facsimile:  (415) 352-2625
    tnarita@snllp.com
5   jtopor@snllp.com

6

7   Attorneys for Defendant
    Midland Credit Management, Inc.

8

9                  UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12
    VINCE A. ROSA,                        CASE NO.: C08 03687
13
                                          )
14          Plaintiff,                    )   NOTICE OF REMOVAL
                                          )
15          vs.                           )
                                          )
16   MIDLAND CREDIT                       )
     MANAGEMENT,                          )
17                                        )
                                          )   BY FAX
18          Defendant.                    )
                                          )
19   ─────────────────────────

20

21

22

23

24

25

26

27

28

ROSA V. MIDLAND CREDIT MANAGEMENT
NOTICE OF REMOVAL

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2      PLEASE TAKE NOTICE that defendant Midland Credit Management

3  ("Midland") hereby removes to this Court the state court action described below.

4      1.    On July 7, 2008 a Complaint was filed against Midland by plaintiff

5  Vince A. Rosa in an action pending in the small claims division of the Superior

6  Court of the State of California in and for the County of Monterey, entitled *Vince*

7  *A. Rosa v. Midland Credit Management*, Case No. MSC 129915.  A copy of the

8  state court complaint ("Complaint") is attached hereto as **Exhibit A**.

9      2.    This removal petition is timely under 28 U.S.C. § 1446(b) because

10  Midland first received a copy of the Complaint on July 9, 2008.

11                          **JURISDICTION**

12      3.    This action is a civil action of which this Court has original

13  jurisdiction under 28 U.S.C. § 1331 and that may be removed to this Court by

14  Midland pursuant to the provisions of 28 U.S.C. § 1441(b) in that the Complaint

15  asserts federal claims against the defendant allegedly arising under the Fair Debt

16  Collection Practices Act, 15 U.S.C. § 1692, *et seq*.  *See* Complaint, p. 3, ¶ 3.

17      4.    As the Complaint was filed in the Superior Court of the State of

18  California, County of Monterey, venue in the San Jose Division of this District is

19  proper.  *See* 28 U.S.C. § 1441(a) (providing for removal "to the district court of

20  the United States for the district and division embracing the place" where the state

21  court action is pending); 28 U.S.C. § 84(a) (Northern District comprises, *inter*

22  *alia,* the county of Monterey); N.D. Cal. L.R. 3-2(d) (civil actions arising in

23  county of Monterey shall be assigned to San Jose division).

24      5.    Defendant Midland is represented by the undersigned.

25  //

26  //

27  //

28

ROSA V. MIDLAND CREDIT MANAGEMENT
NOTICE OF REMOVAL                                                    1.

1   DATED:  August 1, 2008          SIMMONDS & NARITA LLP
                                    TOMIO B. NARITA
2                                   JEFFREY A. TOPOR

3

4

                                    By: _____
5
                                        Jeffrey A. Topor
6                                       Attorneys for defendant
                                        Midland Credit Management, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

## SC-100 — Plaintiff's Claim and ORDER to Go to Small Claims Court

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

# FILED

JUL 0 7 2008

CONNIE MAZZEI
CLERK OF THE SUPERIOR COURT
DEPUTY
DANA LITTLEFIELD

*Fill in court name and street address:*

**Superior Court of California, County of**
Monterey County Superior Court
1200 Aguajito Rd
Monterey, CA 93940

*Clerk fills in case number and case name:*

**Case Number:** 129915

**Case Name:**

---

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 1. 8-4-08 | 8:30am | S | 1200 AGUAJITO RD., MONTEREY, CA 93940 |
| | 2. | | | |

Date: JUL 0 7 2008    Clerk, by **CONNIE MAZZEI** , Deputy
DANA LITTLEFIELD

### Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims),* to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2008, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5

American LegalNet, Inc.
www.FormsWorkflow.com

| | Case Number: |
|---|---|
| | MSC 1990 5 |

Plaintiff (list names): _____

① **The Plaintiff (the person, business, or public entity that is suing) is:**

Name: Vince A. Rosa                                          Phone: ( 831 ) 917-4051

Street address: 723 san Vicente Drive        Morgan Hill    Ca      95037
                _Street_                        _City_        _State_   _Zip_

Mailing address (if different): _____
                                _Street_              _City_        _State_   _Zip_

**If more than one Plaintiff, list next Plaintiff here:**

Name: _____            Phone: (     )

Street address: _____
                _Street_              _City_        _State_   _Zip_

Mailing address (if different): _____
                                _Street_              _City_        _State_   _Zip_

☐ Check here if more than 2 Plaintiffs and attach Form SC-100A.
☐ Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.

② **The Defendant (the person, business, or public entity being sued) is:**

Name: Midland Credit Management                             Phone: (     )

Street address: 5775 Roscoe Ct            San Diego       CA      92123-1356
                _Street_                    _City_         _State_   _Zip_

Mailing address (if different): _____
                                _Street_              _City_        _State_   _Zip_

**If more than one Defendant, list next Defendant here:**

Name: Agent for service: CSC-Lawyers Incorporating Service   Phone: (     )

Street address: 2730 Gateway Oaks DR. Suite 100   Sacramento   CA   95833
                _Street_                            _City_      _State_   _Zip_

Mailing address (if different): _____
                                _Street_              _City_        _State_   _Zip_

☐ Check here if more than 2 Defendants and attach Form SC-100A.
☐ Check here if any Defendant is on active military duty, and write his or her name here: _____

③ **The Plaintiff claims the Defendant owes $ 5,000.00** _____. (Explain below):

a. Why does the Defendant owe the Plaintiff money? Please see attached declaration.
   _____
   _____

b. When did this happen? (Date): June 20, 2008
   If no specific date, give the time period: Date started: _____ Through: _____

c. How did you calculate the money owed to you? (Do not include court costs or fees for service.) _____
   Please see attached declaration

☑ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at
   the top.

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**
(Small Claims)

MSC  729915

Attached Declaration ( SC-100, Item 3)

In June 20, 2008.  As I am a member of a credit reporting agency, I received a notification of a new derogatory account on my credit report.  I received my first notification from the defendant on May 5th  offering a 40% discount on an alleged debt they had recently bought.  I immediately  sent a letter requesting for Validation and asking for all documentation associated with the allege debt.   I heard nothing again until June 27, 2008 when this company reported negative information on my credit report.  I immediately sprung into action.

When I researched my credit report,  it showed in the comments section that the account was over 120 days old (yet it shows the account open for less then 60 days) and a derogatory account.  (Again, this account only surfaced on Nay 3, 2008 and still to the time of writing this letter has not been validated) I have written three letters, faxed three letters and sent one letter certified mail, still no response (not to mention the letter on May 5 requesting validation.).   I have requested any and all information regarding this alleged debt and officially requested complete and accurate validation of this alleged debt.  There has still been no response to this day.  Because of the defendants irresponsible business practice, my credit score has dropped 30 points effecting my ability to borrow credit. as I was in the process of purchasing a home (I have bank purchasing agreement for the Courts review)

I am suing for three Violations of the Fair Debt Collection Practice Act of FCDPA.  1) F.D.C.P.A. Section 809 (b), FTC opinion letter *Cass from LeFevre*.  Collection agencies if they do not validate your debt yet continue to pursue collection activity.  By continuing to allow this to remain on my credit report it is in Violation. ($1,000.00)   2) FDCPA Section 809 (b), Collection agencies if they have not validated your debt and they still continue to report to the credit bureaus . . . . Violation ($1,000.00)   3)  U.S. Court of Appeals, Ninth Circuit, No. 00-15946, Nelson vs. Chase Manhattan, Creditors if they report your credit history inaccurately and purposely, Defamation,  Financial damages. ($3,000.00).

After researching the defendant with the Better Business Bureau in San Diego and discovered 403 lodged complaints within the last 36 months as well as a class action lawsuit pending regarding misrepresentation practices against the defendant for Fraud. Out of the 403 complaints, 359 were "collection complaints".
 The defendant reports this account opened on April 16th 2008 and it appeared on my credit report June 30, 2008.  They are reporting this account past due 120 days yet they show it only open 75 days and "still" no validation or verification.

*Conclusion:*  This Defendant is illegally reporting a derogatory account on my credit report that they refuse to verify and/or validate.  The unethical/illegal business practice is in violation of Federal law and my rights as a consumer under Federal Law.  They have not contacted me nor responded to my letters, Faxes and E-mails. I was in the process of buying a home when this alleged account appeared causing my FICO score to drop 30

MSC  12991 5

points putting me in an undesirable financial position for the purchase of my new home.
This has caused me and my family great stress and frustration.  I respectfully ask the
court to issue an order to have this derogatory account be removed from my credit report
and rule in favor of the plaintiff in this matter for the full amount.

I declare under penalty of perjury under the laws of the State of California that the

Foregoing is true and correct

Date  7/7/08

Vince A. Rosa

Case Number:
MSC 129015

Plaintiff *(list names):* _____

(4) **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No

*If no, explain why not:* _____

(5) **Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check the one that applies):*

a. ☑ (1) Where the Defendant lives or does business.
    (2) Where the Plaintiff's property was damaged.
    (3) Where the Plaintiff was injured.

(4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant or where the Defendant lived or did business when the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

(6) **List the zip code of the place checked in (5) above** *(if you know):* 93940

(7) **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

(8) **Are you suing a public entity?** ☑ Yes ☐ No
*If yes, you must file a written claim with the entity first.* ☑ A claim was filed on *(date):* 06/27/2008
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

(9) **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No *If yes, the filing fee for this case will be higher.*

(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.

(11) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 07/05/2008    Vince A. Rosa _____
             *Plaintiff types or prints name here*      *Plaintiff signs here*

Date: _____
             *Second Plaintiff types or prints name here*      *Second Plaintiff signs here*

 **Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

# SC-100    Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500, including a sole proprietor. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

## Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

## How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

## What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

## What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

## Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

## What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

## What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

## Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

## What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**? Need help?**
Your county's Small Claims Advisor can help for free.

582-5235

Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

# SC-100    Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

## ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

## ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Prepárese para la corte" en: *www.courtinfo.ca.gov/selfhelp/espanol/ reclamosmenores/prepararse.htm*

## ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accommodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

## ¿Qué pasa si no hablo inglés bien?
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

## ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en: *www.courtinfo.ca.gov/forms*

## ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

## ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/ apelar.htm*

## ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.

- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)

- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.

- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.

- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.

- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

## ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-110 (o escriba una carta) y envíelo antes del plazo a la corte *y* a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

**?  ¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

831-582-5232

O vea "Información por condado" en: *www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores*

Revised January 1, 2008

Reclamo del Demandante y ORDEN
Para Ir a la Corte de Reclamos Menores
(Reclamos Menores)