1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendant
7  Midland Credit Management, Inc.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12 VINCE A. ROSA,                    ) CASE NO.: C 08 03687 JF HRL
                                     )
13         Plaintiff,                ) **PROOF OF SERVICE**
                                     )
14    vs.                            )
                                     )
15 MIDLAND CREDIT                    )
   MANAGEMENT,                       )
16                                   )
                                     )
17         Defendant.                )
                                     )
18                                   )
                                     )
19 _____  )

20

21

22

23

24

25

26

27

28
_____
ROSA V. MIDLAND CREDIT MANAGEMENT (CASE NO. C 08 03687 JF HRL)
PROOF OF SERVICE

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following documents:

1) **NOTICE OF REMOVAL**

2) **CIVIL COVER SHEET**

3) **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

4) **NOTICE TO ADVERSE PARTY OF REMOVAL**

5) **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL**

6) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

7) **STANDING ORDER RE PRETRIAL DEADLINES**

8) **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

9) **STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES**

10) **WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION**

11) **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

12) **TEMPLATE: ADR CERTIFICATION BY PARTIES AND COUNSEL**

13) **TEMPLATE: STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS/ NOTICE OF NEED FOR ADR PHONE CONFERENCE**

14) **TEMPLATES: CONSENT/ DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

15) **ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA "BLUE BOOK"**

by causing such documents to be placed in a sealed envelope for collection and delivery as indicated below:

<u>VIA U.S. MAIL</u>

Vince A. Rosa
723 San Vincente Drive
Morgan Hill, CA 95037
Plaintiff in pro per


      I declare under penalty of perjury under that the foregoing is true and correct. Executed at San Francisco, California on this 4th day of August, 2008.

_____
Stephanie Schmitt

ROSA V. MIDLAND CREDIT MANAGEMENT (CASE NO. C 08 03687 JF HRL)
PROOF OF SERVICE                                                                                              3.