```
 1  TOMIO B. NARITA (SBN 156576)
    JEFFREY A. TOPOR (SBN 195545)
 2  SIMMONDS & NARITA LLP
    44 Montgomery Street, Suite 3010
 3  San Francisco, CA 94104-4816
    Telephone: (415) 283-1000
 4  Facsimile:  (415) 352-2625
    tnarita@snllp.com
 5  jtopor@snllp.com

 6
    Attorneys for Defendant
 7  Midland Credit Management, Inc.

 8
                    UNITED STATES DISTRICT COURT
 9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
12  VINCE A. ROSA,                )  CASE NO.: C 08 03687 JF HRL
                                  )
13              Plaintiff,        )  STIPULATION AND [PROPOSED]
                                  )  ORDER FOR DISMISSAL
14        vs.                     )
                                  )
15  MIDLAND CREDIT                )
    MANAGEMENT,                   )
16                                )
17              Defendant.        )
                                  )
18  _____  )
19
```

ROSA V. MIDLAND CREDIT MANAGEMENT (CASE NO. C 08 03687 JF HRL)
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

1
2   The undersigned plaintiff in pro per Vince A. Rosa and defendant Midland
3   Credit Management through its counsel hereby stipulate and agree that this action
4   be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the
5   Federal Rules of Civil Procedure. Each party shall bear its own costs and
6   attorneys' fees.
7   DATED: August 13, 2008          VINCE A. ROSA
8
9                                   By: _____
10                                      Vince A. Rosa
                                        Plaintiff in pro per
11
12  DATED: August 8, 2008           SIMMONDS & NARITA LLP
                                    TOMIO B. NARITA
13                                  JEFFREY A. TOPOR
14
15                                  By:  /s/Jeffrey A. Topor
                                         Jeffrey A. Topor
16                                       Attorneys for defendant
                                         Midland Credit Management, Inc.
17
18                          [PROPOSED] ORDER
19
20  Pursuant to the stipulation of the parties and good cause appearing, IT IS
21  HEREBY ORDERED that this action is dismissed with prejudice. Each party
22  shall bear its own costs and attorneys' fees.
23
    SO ORDERED.
24
25  DATED: _____          By: _____
26                                      Hon. Jeremy Fogel
                                        United States District Court Judge
27
28
    ROSA V. MIDLAND CREDIT MANAGEMENT (CASE NO. C 08 03687 JF HRL)          1.
    STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL