1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendant
7  Midland Credit Management, Inc.

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 VINCE A. ROSA,                    ) CASE NO.: C 08 03687 JF HRL
                                     )
13         Plaintiff,                ) **PROOF OF SERVICE**
                                     )
14     vs.                           )
                                     )
15 MIDLAND CREDIT                    )
   MANAGEMENT,                       )
16                                   )
17         Defendant.                )
                                     )
18                                   )
19 _____       )

20

21

22

23

24

25

26

27

28
   ROSA V. MIDLAND CREDIT MANAGEMENT (CASE NO. C 08 03687 JF HRL)
   PROOF OF SERVICE

PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the processing of correspondence by mailing with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of the following document:

1)   **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

by causing such documents to be placed in a sealed envelope for collection and delivery as indicated below:

<u>VIA U.S. MAIL</u>

Vince A. Rosa
723 San Vincente Drive
Morgan Hill, CA 95037
Plaintiff in pro per

I declare under penalty of perjury under that the foregoing is true and correct. Executed at San Francisco, California on this 14th day of August, 2008.

_____
Stephanie Schmitt

ROSA V. MIDLAND CREDIT MANAGEMENT (CASE NO. C 08 03687 JF HRL)
PROOF OF SERVICE                                                                                              2.