**E-filed 8/25/08**

1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6
   Attorneys for Defendant
7  Midland Credit Management, Inc.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12 VINCE A. ROSA,                      )  CASE NO.: C 08 03687 JF HRL
                                       )
13            Plaintiff,               )  **STIPULATION AND [PROPOSED]**
                                       )  **ORDER FOR DISMISSAL**
14      vs.                            )
                                       )
15 MIDLAND CREDIT                      )
   MANAGEMENT,                         )
16                                     )
                                       )
17            Defendant.               )
                                       )
18                                     )
                                       )
19 _____      )

20

21

22

23

24

25

26

27

28

ROSA V. MIDLAND CREDIT MANAGEMENT (CASE NO. C 08 03687 JF HRL)
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

The undersigned plaintiff in pro per Vince A. Rosa and defendant Midland Credit Management through its counsel hereby stipulate and agree that this action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

DATED: August 13, 2008          VINCE A. ROSA

By: _____
Vince A. Rosa
Plaintiff in pro per

DATED: August 8, 2008           SIMMONDS & NARITA LLP
                                TOMIO B. NARITA
                                JEFFREY A. TOPOR

By:  /s/Jeffrey A. Topor
Jeffrey A. Topor
Attorneys for defendant
Midland Credit Management, Inc.

[PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

SO ORDERED.

DATED: 8/25/08                  By: _____
                                Hon. Jeremy Fogel
                                United States District Court Judge

ROSA V. MIDLAND CREDIT MANAGEMENT (CASE NO. C 08 03687 JF HRL)
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL                                                1.